CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
NOV 17 2006 for C'ville
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 3:03CR00056 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DONTE ROLANDO HARRIS | ) | By: Hon. Norman K. Moon |
| | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the defendant's motion to withdraw his guilty plea shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

ENTER: This 17th day of November, 2006.

United States District Judge